# IN THE SUPREME COURT OF THE STATE OF NEVADA

SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2005-62,

Appellant,

vs.

PANDA, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 69913

FILED

JUN 1 6 2016



## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Douglas Smith, District Judge
      Janet Trost, Settlement Judge
      Wright, Finlay & Zak, LLP/Las Vegas
      Maier Gutierrez Ayon, PLLC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

CLERK'S ORDER

(O)-1947

16-18957